IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,      No. CIV-S-11-0483 CMK (TEMP) P

  vs.

B. HARRIS-RITTER, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding pro se with an action filed pursuant to 42 U.S.C. § 1983. However, plaintiff has not paid the filing fee.[1] Good cause appearing, IT IS HEREBY ORDERED that plaintiff submit the $350 filing fee for this action within fourteen days. Failure to submit the filing fee will result in dismissal.

DATED: March 10, 2011

                                /s/ Craig M. Kellison
                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE

kc
brow0483.3k

---

[1] Plaintiff is precluded from proceeding in forma pauperis because it has already been determined in this court that plaintiff has "struck out" under 28 U.S.C. § 1915(g), <u>Brownlee v. Swingle</u>, CIV-S-09-3305 GEB JFM P, and plaintiff does not allege that he is "under imminent danger of serious physical injury."