IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                 No. CIV S-11-0483 CMK (TEMP) P

  vs.

B. HARRIS RITTER, et al.,

    Defendants.           ORDER

                               /

        By an order filed March 10, 2011, plaintiff was ordered to pay the $350.00 filing fee within fourteen days and was cautioned that failure to do so would result in dismissal. The fourteen day period has now expired, and plaintiff has not responded to the court's order and has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 5, 2011

                                                          *Craig M. Kellison*
                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE

kc
brow0483.fff